IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr258

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| MICHAEL GEORGE WATTS (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion.

The Court previously granted the government's motion for a reduction of the defendant's sentence pursuant to Federal Rule of Criminal Procedure 35(b). (Doc. No. 108: Order). That Order reduced the defendant's sentence to a total 57 months' imprisonment, but did not allocate the reduction between Counts One and Three which are to be served consecutively. (Doc. No. 103: Judgment).

**IT IS, THEREFORE, ORDERED** that the defendant's sentence on Count Three is reduced from 45 months' imprisonment to 27 months' imprisonment, for a total effective term of 57 months' imprisonment. All other terms and conditions previously imposed remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: April 10, 2008

Robert J. Conrad, Jr.
Chief United States District Judge